# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| BETH FRANKLIN, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>RUSSELL JOHN REYNOLDS, )<br>FFE TRANSPORTATION )<br>SERVICES, INC., and JOHN )<br>DOE CORPORATION, )<br>)<br>Defendants. ) | Case No. CV412-198 |

## ORDER

On May 13, 2013, the parties filed a consent motion to stay remaining deadlines for 45 days so that they could sort out the process of settling the case. (Doc. 26.) Their motion was unaccompanied by a proposed order, in violation of Local Rule 7.1(b) (requiring that motions addressing such ministerial matters as extensions of time be accompanied by a proposed order granting the requested relief). Regardless, 45 days have passed since they filed the motion and the parties have yet to indicate whether they have settled the case. The

Court, then, **GRANTS** the parties' joint motion (doc. 26), but **DIRECTS** them to brief the Court on the current status of the case within 7 days.

**SO ORDERED** this 5th day of August, 2013.

/s/ G. R. Smith
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA